UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMIONE DUNN,

     Petitioner,

                                  Case No. 25-cv-13068
v.                                   Hon. Matthew F. Leitman

ERIC RARDIN,

     Respondent.

_____/

**ORDER SETTING VIDEO HEARING ON PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Now before the Court is Petitioner Simione Dunn's Petition for a Writ of Habeas Corpus (ECF No. 1). Dunn's Petition relates to the calculation of his First Step Act ("FSA") Time Credits. The Court has reviewed Dunn's Petition and Defendant Eric Rardin's Response and believes that a hearing on the issues would be helpful. At the hearing, the Court will focus on, among other things, the following issues: (1) whether, when, and where Dunn took the TRULINCS assessment surveys; (2) whether the TRULINCS assessment surveys are the "risk and needs assessment system" referred to in the FSA, 18 U.S.C. § 3632(a); and (3) identification of what, if any, rehabilitative or productive programming Dunn participated in at Bureau of Prisons ("BOP") facilities between August 8, 2024, and June 6, 2025.

1

The Court will hold the hearing by video on **<u>Wednesday, May 13, 2026, at</u>**

**<u>9:00 am</u>**.

      **IT IS SO ORDERED.**

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  April 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2026, by electronic means and/or ordinary mail.

                                 s/Holly A. Ryan
                                 Case Manager
                                 (313) 234-5126