UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMIONE DUNN,

      Petitioner,

                                      Case No. 25-cv-13068
v.                                      Hon. Matthew F. Leitman

ERIC RARDIN,

      Respondent.

_____/

**<u>ORDER DISMISSING PETITION FOR WRIT OF
HABEAS CORPUS (ECF No. 1) WITHOUT PREJUDICE</u>**

In this action, Petitioner Simione Dunn filed a Petition for a Writ of Habeas Corpus seeking to compel Respondent Eric Rardin, the Warden of FCI-Milan, to (1) recalculate and award Dunn certain First Step Act ("FSA") Time Credits; and (2) place Dunn in prerelease custody or supervised release according to the recalculated time credits. (*See* Pet., ECF No. 1).  At the time he filed his Petition, Dunn was incarcerated at FCI-Milan. (*See id.*)  The Court scheduled a virtual hearing on Dunn's Petition for May 13, 2026.  Dunn did not appear at that hearing.  According to the Federal Bureau of Prisons' inmate locator tool,[1] by the date of the hearing Dunn had already been transferred from FCI-Milan to prerelease custody at a residential reentry center in Chicago, Illinois.

_____

[1] Federal Bureau of Prisons, Find an inmate, https://www.bop.gov/inmateloc/ (last accessed May 13, 2026).

As explained in more detail on the record, the Court **DISMISSES WITHOUT PREJUDICE** Dunn's Petition (ECF No. 1) for two reasons.  First, Dunn did not appear at the hearing on his Petition and has not provided the Court with an updated address since being transferred from FCI-Milan.  The Court is therefore unable to communicate with Dunn and administer the case.  Second, because Dunn has already been transferred to prerelease custody, it appears the case is moot.  In his Petition, Dunn requested that the Court provide relief by ordering the Bureau of Prisons to recalculate his FSA time credits and "[a]pply earned credits to secure transfer to prerelease custody or supervised release." (Pet., ECF No. 1, PageID.2.)  Dunn appears to have obtained the relief he requested when he was transferred to the residential release center in Chicago.  This appears to render his petition moot. *See Junod v. Rardin*, No. 24-cv-12399, 2025 WL 1618972, at *1–2 (E.D. Mich. May 28, 2025).

For these reasons, Dunn's Petition is **DISMISSED WITHOUT PREJUDICE**. If Dunn believes his Petition is not moot, he may (1) refile his Petition and/or seek reconsideration of this order and (2) provide his updated contact information.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 13, 2026

2

3

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3