UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMIONE DUNN,

     Petitioner,

                                              Case No. 25-cv-13068
v.                                           Hon. Matthew F. Leitman

ERIC RARDIN,

     Respondent.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Respondent and against Petitioner.   Petitioner's Petition is dismissed without

prejudice.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                        By:    s/Holly A. Ryan_____
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 13, 2026
Detroit, Michigan

1